

FILED

09/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0691

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0691

_____

DETENTION OFFICERS,

      Plaintiffs and Appellants,

v.

MISSOULA COUNTY, a political
subdivision of the State of Montana,

      Defendants and Appellees.

_____

**O R D E R**

FILED

SEP 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This appeal has been pending since November 2023 and has never been briefed. On May 23, 2024, Appellants' counsel requested to stay briefing deadlines indicating that the parties had reached a settlement agreement and needed time to effectuate it. The Court granted the parties until August 22, 2024, to file either a stipulation for dismissal or a report on the status of the appeal. Nothing further has been filed.

IT IS ORDERED that, within twenty days of the date of this Order, Appellants shall file a report on the status of this appeal.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 20 day of September, 2024.

For the Court,

By _____
Chief Justice